IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DeANGELO McVAY,

        Petitioner,                  No. CIV S-07-1717 LKK DAD P

    vs.

UNKNOWN,

        Respondent.             ORDER

        Petitioner, a state prisoner, initiated this action by filing a letter on August 22, 2007. The letter was directed to U.S. District Judge Lawrence K. Karlton and requested that petitioner's "case and sentence" be reviewed. No other pleading was filed. On October 3, 2007, the court informed petitioner that in order to properly commence an action, he needed to file a petition for a writ of habeas corpus and to either pay the filing fee or file an application requesting leave to proceed in forma pauperis. On October 29, 2007, petitioner filed a response to the court's order and informed the court that he was not challenging his underlying conviction and his letter should not be construed as a petition for a writ of habeas corpus. Petitioner explains that his letter was filed because he had read an article indicating that a panel was being formed to review cases of first time offenders for sentence modifications as a means of relieving the overcrowding problems in the California prison system. Petitioner wanted to be included in

1

1 that case review, should it occur.  Since petitioner does not seek to commence an action in this
2 court, this case will be administratively closed.
3          Accordingly, IT IS HEREBY ORDERED that this action be administratively
4 closed.
5 DATED: November 9, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mcv1717.59

2